```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

JERRY SHON STEWART,                    :
        Plaintiff,                :
        v.                         :Case No. 2:19-cv-1372-KRG-KAP
MR. MYERS, Warden,                     :
        Defendant                 :

## Order

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on August 11, 2020, recommending that the complaint be dismissed for failure to prosecute.

Plaintiff has not provided the Clerk with a current address and was therefore not notified that pursuant to 28 U.S.C. § 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation, and no objections have been filed.

After review of the record of this matter and the Report and Recommendation under the "reasoned consideration" standard, see EEOC v. City of Long Branch, 866 F.3d 93, 100 (3d Cir.2017)(standard of review when no timely and specific objections are filed), the following order is entered:

AND NOW, this 2nd day of September 2020, it is ORDERED that the complaint is dismissed. The Report and Recommendation is adopted as the opinion of the Court. If plaintiff contacts the Clerk, the Clerk shall provide him with a copy of this order.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE